**TRANSCRIPT ORDER FORM (DKT-13) - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court **Southern District of Texas (Houston)**    District Court Docket No. **4:22-cv-02117**

Short Case Title **Diamond Services vs Curtin Maritime et al.**

**ONLY ONE COURT REPORTER PER FORM** Court Reporter **None**

Date Notice of Appeal Filed in the District Court **03/24/2023**    Court of Appeals No. **23-20118**

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

A. Complete the Following:

■ No hearings □ Transcript is unnecessary for appeal purposes □ Transcript is already on file in the Clerk's Office

OR

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: □ Bail Hearing _____ □ Voir Dire _____
□ Opening Statement of Plaintiff _____ □ Opening Statement of Defendant _____
□ Closing Argument of Plaintiff _____ □ Closing Argument of Defendant: _____
□ Opinion of court _____ □ Jury Instructions _____ □ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

B. This is to certify satisfactory financial arrangements have been made. Method of Payment:
□ Private Funds;   □ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
□ Other IFP Funds;   □ Advance Payment Waived by Reporter;   □ U.S. Government Funds

□ Other _____

Signature _(signed)_    Date Transcript Ordered **03/24/2023**

Print Name **Harry E. Morse**    Phone **504 930 4030**

Counsel for **Diamond Services Corporation**

Address **Bohman | Morse LLC, 400 Poydras Street, Suite 2050, New Orleans, Louisiana 70130**

Email of Attorney: **Harry@BohmanMorse.com**

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: □ Deposit not received □ Unable to contact ordering party □ Awaiting creation of CJA 24 eVoucher

□ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____

Email of Reporter

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____ Signature of Reporter _____