# No. 23-20118

## In the United States Court of Appeals for the Fifth Circuit

---

**Diamond Services Corp.**                                                      Appellant

v.

**Curtin Maritime Corp.**                                                        Appellee

---

Appeal from the United States District Court
for the Southern District of Texas
Civil Action No. 4:22-cv-2117

---

## APPELLEE'S UNOPPOSED
## MOTION TO EXTEND TIME TO FILE BRIEF

---

Appellee Curtin Maritime Corp. respectfully moves this honorable Court to extend the time in which it may file its brief, stating as follows:

1.  In accordance with Fed. R. App. P. 31(a)(1), Appellee's brief is due to be filed on or before June 15, 2023.

2.  This motion seeks an extension of time of 30 days, to and including July 17, 2023 (thirtieth day falls on a Saturday).

3.  No extension for Appellee's brief has been previously sought or granted.

4.  Appellant is not opposed to the extension sought in this motion.

5.  Good cause for this extension exists because, in the time between the filing of Appellant's brief and the current due date for Appellee's brief, Appellee's appellate counsel has been and will be required to devote significant attention to other matters that prevent them from devoting sufficient time to the completion of Appellee's brief in this case, including the following:

   a. In Case No. 23-0027, *Jones, et al. v. Frisco Fertility Center, PLLC d/b/a Dallas IVF*, pending in the Texas Supreme Court, Ms. Griffin filed a reply in support of petition for review that was due on May 24, 2023;

   b. In Case No. PD-0302-22, *Moon v. State*, pending in the Texas Court of Criminal Appeals, Ms. Griffin filed a motion for rehearing that was due on June 2, 2023;

   c. In Case No. 05-23-00248-CV, *Coast Cycle, LLC v. DW Oak Lawn, LLC*, pending the Court of Appeals for the

   Fifth District of Texas, Ms. Griffin filed a motion to dismiss for lack of jurisdiction on June 7, 2023;

 d. In Case No. 2020-35462, *Commerce Equities, Inc. v. AmRisc, LLC, et al.*, pending in the 295th Judicial District Court of Harris County, Texas, Ms. Griffin has been and is providing appellate assistance with trial preparation for a June 5, 2023 trial setting that was moved to July 17, 2023, including preparation of the jury charge that is in progress;

 e. In Case No. 22-0890, *Sunstate Equipment Co., LLC v. Lopez, et al.*, pending the Texas Supreme Court, Ms. Griffin is preparing a merits brief that is due on August 2, 2023;

 f. In Case No. 1:18-cv-00459-SAG, *State of Maryland v. Exxon Mobil Corporation, et al.*, pending the United States District Court for the District of Maryland, Ms. Griffin had a conferral on May 19, 2023 regarding a corporate representative deposition notice, is preparing a response regarding same, and is also engaged in

    voluminous document collection and review efforts for non-site-specific discovery, focus-site discovery, and preparation related to multiple deposition notices; and

  g. Assistance in various pre-trial matters including appellate assistance regarding pleadings and motions, evidentiary hearing preparation, preparation of jury charges for mock trials, and case evaluations for potential interlocutory appeals or petitions for writ of mandamus.

6. The extension is not sought solely for purposes of delay, but so that justice may be done.

For these reasons, Appellee Curtin Maritime Corp. respectfully prays that the time in which it may file its response brief be extended to and including July 17, 2023.

Respectfully submitted,

/s/ Elizabeth F. Griffin
Jadd F. Masso
Texas Bar No. 24041411
jmasso@clarkhill.com
Elizabeth F. Griffin
Texas Bar No. 24092450
egriffin@clarkhill.com
CLARK HILL PLC
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 (facsimile)

John K. Spiller
Federal Bar ID No. 13993
jspiller@clarkhill.com
CLARK HILL PLC
909 Fannin Street, Suite 2300
Houston, Texas 77010
(713) 951-5600
(713) 951-5660 (facsimile)

*Attorneys for Appellee*

## Certificate of Conference

I hereby certify that on June 9, 2023, I conferred with Mr. Harry Morse, counsel for Appellant, concerning this motion. Mr. Morse indicated that Appellant is not opposed this motion.

/s/ Elizabeth F. Griffin
Elizabeth F. Griffin

## Certificate of Compliance

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

- ■ this document contains 809 words, or
- ☐ this brief uses a monospaced typeface and contains [n/a] lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

- ■ this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font, or
- ☐ this document has been prepared in a monospaced typeface using [n/a] with [n/a].

/s/ Elizabeth F. Griffin
Elizabeth F. Griffin

Certificate of Service

I hereby certify that this document has been served on the following via ECF on June 12, 2023 on all counsel of record.

/s/ Elizabeth F. Griffin
Elizabeth F. Griffin