# ORAL ARGUMENT ACKNOWLEDGMENT FORM
## U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130
### (504) 310-7700

I, Myra Siddiqui
<br>(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

23-20118              Diamond Services              v. Curtin Maritime
<br>(Case Number)                    (Short Title)

is scheduled for oral argument at   9:00 am   on   November 7, 2023   located in the
<br>(Time)                    (Date)

NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130
<br>(Location)

/s/ Myra Siddiqui                                    October 16, 2023
<br>(Signature)                                    (Date)

---

### List all parties being represented for argument and select the party type

Department of Homeland Security; National Vessel Documentation Center; United States Coast Guard; United States of America; Commandant Linda L. Fagan, United States Coast Guard

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|
| Appellant | Appellee | Cross Appellant | Cross Appellee | Amicus | Intervenor |

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

### THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | Myra Siddiqui | 12 | |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION #  18

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

PRINT TO PDF          RESET FORM

Revised 04/2023                    Form OA-001