# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 10, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 23-20118    Diamond Services v. Curtin Maritime
                          USDC No. 4:22-CV-2117

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Angelique B. Tardie, Deputy Clerk
                        504-310-7715

cc:
    Mr. Martin Stewart Bohman
    Ms. Barbara DePena
    Ms. Elizabeth Fitzgerald Griffin
    Mr. Jadd Fitzgerald Masso
    Mr. Todd William Mensing
    Mr. Harry E. Morse
    Ms. Myra Farah Siddiqui
    Mr. John Kevin Spiller
    Ms. Kelsi Stayart White